# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,          :

      Plaintiff,          :          Case No. 3:12-CR-099

                     :          Chief Magistrate Judge Sharon L. Ovington

vs.          :

DANTE KYLES,          :

      Defendant.          :

                     :

---

## ORDER OF DISMISSAL

---

      The Court was informed by the U.S. Marshal Service that Defendant, Dante Kyles,

passed away in the summer of 2012.

      Accordingly, the above captioned case is hereby **DISMISSED**.


January 29, 2013

                                        Sharon L. Ovington
                            United States Magistrate Judge